IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| U.S.A., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 12-CR-011-CVE-1 |
| BRIAN DANIEL CROOK, | ) |
| Defendant. | ) |

**OPINION AND ORDER**

This case came before the court for a hearing pursuant to 18 U.S.C. § 4241 and 4247(d) in response to Defendant's Motion for Determination of Competency [Dkt. 18]. Plaintiff was represented by Assistant U.S. Attorney Matthew Cyran. Defendant, Brian Daniel Crook, was personally present and represented by Attorney Chad Richardson.

Plaintiff offered into evidence the Competence to Stand Trial and Insanity Evaluation of Jeanne Russell, ED.D., licensed Psychologist. Defendant did not object to the admission of the evaluation as evidence at this hearing. No other evidence was offered by either party.

Based on the evidence the court finds that Defendant, Brian Daniel Crook, is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The court therefore finds that Defendant, Brian Daniel Crook, is presently competent to stand trial. A scheduling order will be entered.

DATED this 26th day of March, 2012.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE